STATE of Missouri, Respondent

v.

**Tausha Lee MORTON Born as Fields, Appellant.**

**No. WD 72876.**

Missouri Court of Appeals, Western District.

Sept. 18, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 25, 2012.

Application for Transfer Denied Dec. 18, 2012.

Richard A. Starnes, Jefferson City, MO, for Respondent.

James W. Schottel, Jr., St. Louis, MO, for Appellant.

Before DIV I: JOSEPH M. ELLIS, Presiding Judge, ALOK AHUJA, Judge and MARK PFEIFFER, Judge.

---

## ORDER

PER CURIAM:

Appellant Tausha Lee Morton, born Tausha Lee Fields, appeals from her conviction of one count of murder in the first degree, § 565.020, and one count of armed criminal action, § 571.015. Upon review of the briefs and the record, we find no error and affirm the judgment of conviction. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties. Judgment affirmed. **Rule 30.25(b).**